Exhibit B

WISHLIST    SIGN IN    CART 0 ITEMS FOR $0.00



HOME    PRODUCTS    CATALOG & SAMPLES    HOW TO ORDER    PURCHASE ORDERS    SHIPPING    RETURN POLICY

MEDIA    OUR BLOG    SENSORY PATH RESOURCE CENTER    RECESS RESOURCE CENTER

# Create Active Play Everywhere
## with Fit & Fun Playscapes as seen on NBC4 New York!

Reusable Stencils & Paint • Sensory Path Stickers • Indoor Roll-out Games

Affordable, easy-to-implement fitness, educational and social-emotional activities that engage all kinds of kids.



HOME / MONTHLY SPOTLIGHTS / KIDS HOP AND STEP INTO THE NEW YEAR WITH STICK-ON STENCILS        ‹ RETURN TO PREVIOUS PAGE

## CONTACT US TODAY!

Weekdays 9 am – 5 pm EST
1 (800) 681-0684
info@fitandfunllc.com
or e-chat with us!

[Search products…]  [SEARCH]

## TOP RATED PRODUCTS

 USA MAP WITH CAPITALS AND OCEANS REUSABLE STENCIL
$385.00 – $1,485.00

 KICKBALL SET REUSABLE STENCIL
$165.00

 ACTIVITY STATIONS (ENHANCED PACKAGE) STENCIL
$175.00



Posted on January 3, 2019 at 8:18 pm by Todd Spring / Monthly Spotlights, Sensory Paths and Hallways, Universal Design / 1 Comment

HAPPY NEW YEAR!

We hope you had a wonderful holiday filled with family, friends, and food. I know we did.

To kick off the new month of the new year, we thought we'd show off a little something we did over holiday break. Specifically, a brand-new installation of our new product line, Stick-On Stencils, at Viola Elementary School in Suffern, New York.



Students returned from their annual winter break to a hallway full of bright hopscotches, sensory paths, yoga poses and high-energy activities (like wall push-ups), eliciting great excitement.

"What the heck is this?" a student asked as they paused before a flowery floor sticker.

"You know what that is!" another student exclaimed. "It's hopscotch!"

"I got the moves!" another student shouted as he danced over our custom Heel-To-Toe sticker.

The project included sticker versions of some of our favorite stencils, like the Daisy Hopscotch, Tree Pose, Crab Crawl, and Step Stones. The stickers all came together in a custom set, the Stick-On Stencils Nature Set, which contains all of our Stick-On Stencils at a discounted price.



Our stickers are made with a protective coating for longevity and an anti-slip surface, in addition to being awarded a Class A Fire Rating. We think they came out great, but the best part about the stickers is how they benefit learning.

We've discussed the importance of "brain breaks" in a child's school day many times on the blog

before, but this is just another example of the impact we're having on the schools we work with. Before the kids can even sit down in the morning, they're provided with an opportunity to hop, step and jump. Doing so allows them to get out all their pent-up energy before school begins. We're eager to hear how the students of Viola Elementary benefit in the classroom with their new sticker installation.

What do you think about our little project? Let us know!

| SOCIAL | f | t | ✉ | p |
|--------|---|---|---|---|

« "Wrapping Up" 2018: A Year in Review          Sensory Paths! What the heck are those? »

## One Comment

**Christine Druss**
January 11, 2019 - 5:32 pm Reply

Our Viola staff and students love our new sensory pathway! They are excited to be trying it out with their class or on their way to and from classes! We are working on teaching our staff, students and parents about the benefits of our new walkway. We are so appreciative to have been given this opportunity thanks to your generosity. We will keep you posted as our students learn how this can help them to get their bodies and minds ready for learning.

## Leave A Reply

Your email address will not be published. Required fields are marked

Comment

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT

### COMPANY INFO

316 Main Street
Nelsonville, NY 10516

**Email:** info@fitandfunllc.com

**Phone/Fax:** (800) 681-0684

### ON SALE!

#### PRODUCTS

FITNESS ACTIVITY CIRCUIT REUSABLE STENCILS PACKAGE
$795.00 $745.00

PE SHAPE UP REUSABLE STENCIL PACKAGE
$2,740.00 $2,275.00

BIG YOUNGSTERS REUSABLE STENCIL PACKAGE
$1,020.00 $925.00

### TWEETS @FitandFunPlay

#### FOLLOW US ON TWITTER

Tweets by @FitandFunPlay

**Fit and Fun Playscapes**
@FitandFunPlay
New #sensorypath alert!

You know what's pretty cool? Blue and white tile. You know what's even cooler? Blue and white tile with our Sensory Sidekicks™ Starter Package on top of it!

Thanks to our friends from @NWhiteSchools for sharing! #sensorypaths #sped #fitandfunplayscap



LITTLE YOUNGSTERS REUSABLE STENCIL PACKAGE

~~$820.00~~ $760.00

FIT KIDS STENCIL PACKAGE

~~$995.00~~ $910.00

Embed                                                                                   View on Twitter

(c) Fit and Fun Playscapes, LLC 2011-2019 All rights reserved. You are expressly not permitted to copy any of the text or images on this website without permission from Fit and Fun Playscapes LLC. All infringement cases will be prosecuted to the fullest extent permissible by law.

LIVE CHAT IS NOT AVAILA...