# Exhibit C



**Fit and Fun Playscapes**
@FitandFunPlay

Follow

Our For the Fun of Fit blog post presents our new Sensory Path Stickers and the enthusiastic response they received from students, teachers, administrators and parents.



Kids Hop and Step Into the New Year With Stick-On Stencil...
To kick off the new month of the new year, we thought we'd show off a little something we did over holiday break. Specifically, a new stickers project...
fitandfunplayscapes.com

8:30 AM - 10 Jan 2019

1 Retweet  2 Likes

1   1   2