# Exhibit E

# Nixon & Vanderhye P.C.
ATTORNEYS AT LAW

11TH FLOOR
901 NORTH GLEBE ROAD
ARLINGTON, VIRGINIA 22203-1808
UNITED STATES OF AMERICA
WWW.NIXONVAN.COM

September 25, 2019

TELEPHONE: 1-703-816-4000
FACSIMILE: 1-703-816-4100
WRITER'S DIRECT DIAL NUMBER:
**1-703-816-4063**
**E-MAIL: sld@NIXONVAN.COM**

**VIA EMAIL (HOLLY@THESENSORYPATH.COM; HOLLYSCLAY@YAHOO.COM); REGISTERED MAIL; FIRST CLASS MAIL**

Ms. Holly Barker Clay
The Sensory Path
101 Ricky D Britt Sr Blvd, STE #1
Oxford, MS 38655

**VIA REGISTERED MAIL; FIRST CLASS MAIL**

Mr. Brad Walsh, Registered Agent
Sensory Path, Inc.
265 N. Lamar, Ste W
Oxford, MS 38655

**VIA REGISTERED MAIL; FIRST CLASS MAIL**

Ms. Holly Barker Clay
198 Woodlawn Dr.
Oxford MS 38655

*Subject: Intellectual Property Infringement and Unfair Competition by The Sensory Path*
*Our Ref.: 6925-14*

Dear Ms. Clay,

Attached is a copy of a letter that we sent to you and your registered agent on August 22, 2019 via email, registered mail and regular mail. As indicated in that letter, Nixon & Vanderhye, P.C. represents Fit and Fun Playscapes LLC ("Fit and Fun") in intellectual property matters. To date, we have not received a response to our letter.

As explained in our prior letter, our client is aware that your company operates a webpage at the domain thesensorypath.com and a facebook site (the sensory path), both of which feature sensory path adhesive decals that copy Fit and Fun's copyrighted designs and trade dress. Our client is also aware that you monitor our client's creative changes and promptly mimic their copyrighted innovations.

Specifically, your "Numbered Daisy Element," Log design and layouts, "Infinity Snake," "Dilly the Dragon" and "Going on a Bear Hunt" designs are unauthorized derivative works of Fit and Fun's registered works of Copyright Registration Nos. VA 2-159-009, VA 2-159-010, VA 2-163-650, VA 2-163-651, VA 2-163-653, VA 2-163-655 and VA 2-168-615 and others pending. See comparison of these works at Exhibit 3 of our August 22, 2019 letter.

2950157

Your use of these designs combined with false statements on your website, such as "We are the original developer of the sensory path for children" constitute false designations of origin under the federal Lanham Act as well as blatant violations of the U.S. Copyright Act, which are causing substantial irreparable harm to Fit and Fun Playscapes. Those violations also subject you to severe sanctions under both of those federal statutes, including statutory damages, treble damages and attorney's fees. Copyright infringement is also a criminal offense.

Fit and Fun reiterates its demands that you agree to the following in writing:

1. Immediately and permanently cease from any further unauthorized use, reproduction, adaptation, distribution, by way of the internet, World Wide Web or otherwise, of materials covered by Fit and Fun's copyrighted works and trade dress. For the avoidance of doubt, these include, but, are not limited to, the above mentioned Daisy Numbered Element, Logs, Alphabet Snake, Snake Loop and Tree Hopscotch;
2. Destroy all materials in your possession or control bearing Fit and Fun copyrighted material and trade dress, including the removal of all such materials from your website, promotional materials, social media sites, etc.;
3. Recall all current ads placed that use the Fit and Fun copyrighted material and trade dress likely to cause confusion with Fit and Fun's works;
4. Provide us with a full accounting relating to your activities relating to use of such products namely: (a) the number of products sold to date copied from Fit and Fun; the number of any pending sales on order; and (b) the purchase price and sale price for each product sold to date; and provide us with copies of all documents in connection therewith so that we may determine the profits which you have made from your infringing activities, which profits are to be disgorged to our client.

The fact that you have completely ignored our prior letter is strong evidence that your violations of the Lanham and Copyright acts is willful, intentional and "exceptional" within the meaning of those federal statutes. Apparently, you and your company do not appreciate the serious nature of your violations of federal law. Fit and Fun would prefer to resolve this matter in an amicable matter and without resort to federal litigation or other statutory remedies. However, that will not be possible if you continue to be uncooperative and continue to intentionally violate Fit and Fun's copyright and trade dress rights.

If we do not receive an appropriate substantive response from you by **October 4, 2019**, Fit and Fun will have no choice but to demand that your web hosts remove the infringing material from your website and social media pages. If you continue to be uncooperative, Fit and Fun may also take other appropriate legal action, including, but, not limited to an infringement suit in federal district court seeking injunctive relief, compensatory damages, enhanced damages, disgorgement of your profits from infringing activities and an award of attorney fees and costs under the Copyright and Lanham Acts as well as applicable state laws.

September 25, 2019
Page 3

      We look forward to your immediate response.

                        Very truly yours,

                        **NIXON & VANDERHYE P.C.**

      By:    *Sherri De Luca*
                          Sherri De Luca

Enclosure(s)
cc: Pamela Gunther, Fit and Fun

2950157