IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

SENSORY PATH INC.,
    Plaintiff,

v.                                                              CIVIL NO. 3:19-CV-219-GHD-RP

FIT AND FUN PLAYSCAPES LLC
PAMELA A. GUNTHER,
    Defendants.

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion entered this date, it is hereby ORDERED that the Defendants' Motion for Summary Judgment on Counts II-V of the Complaint [92] is DENIED.

SO ORDERED, this, the 12th day of October, 2021.

_____
SENIOR U.S. DISTRICT JUDGE