# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**SENSORY PATH INC.**     **PLAINTIFF**

VS.     **CIVIL ACTION NO.: 3:19CV219-GHD-RP**
    **LEAD CASE**

**FIT AND FUN PLAYSCAPES LLC, et al.**     **DEFENDANTS**

CONSOLIDATED WITH

**FIT AND FUN PLAYSCAPES LLC, et al.**     **PLAINTIFFS**

VS.     **CIVIL ACTION NO.: 3:22CV32-MPM-RP**

**SENSORY PATH INC., et al.**     **DEFENDANTS**

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This Court, having reviewed the pending Motion to File Under Seal [142, 235], finds that said Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Sensory Path Inc. is permitted to file under seal its Memorandum in Support of its Motion for Summary Judgment and Exhibits "A", "C", "J", and "K" to its Motion, and that said documents be sealed from public access only, with CM/ECF access permitted to the litigants' counsel. The Clerk of the Court is directed to provide public notice of the sealed filing in accordance with the Court's Administrative Procedures.

SO ORDERED, this, the 27th day of September, 2022.

                                                   _____
                                                   SENIOR U.S. DISTRICT JUDGE