IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SENSORY PATH INC.**                                                                   **PLAINTIFF**

VS.                                 **CIVIL ACTION NO.: 3:19CV219-GHD-RP**
                                                                  **LEAD CASE**

**FIT AND FUN PLAYSCAPES LLC, et al.**                        **DEFENDANTS**

CONSOLIDATED WITH

**FIT AND FUN PLAYSCAPES LLC, et al.**                         **PLAINTIFFS**

VS.                                 **CIVIL ACTION NO.: 3:22CV32-GHD-RP**

**SENSORY PATH INC., et al.**                                          **DEFENDANTS**

## ORDER GRANTING DEFENDANTS' FIT AND FUN PLAYSCAPES AND PAMELA GUNTHER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, in Cause No. 3:19CV219, it is hereby ORDERED that:

(1) the Defendants' Fit and Fun Playscapes and Pamela Gunther's motion for summary judgment [Doc. No. 224] is GRANTED;

(2) the Plaintiff's claims in Cause No. 3:19CV219 are DISMISSED WITH PREJUDICE;

(3) the Defendants' Motion to Exclude Expert Testimony [221] and the Plaintiff's Motion to Exclude [237] are DENIED AS MOOT;

(4) The Defendant Fit and Fun's motion to strike [260], as it relates to Doc. No. 257, is DENIED AS MOOT; and

(5) the Defendants' First Counterclaim is GRANTED; the Defendants' Second Counterclaim is MOOT; the Defendants' Third Counterclaim is GRANTED; and the Defendants' Fourth and Fifth counterclaims shall PROCEED.

All memoranda, depositions, declarations, and other materials considered by the Court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 17th day of November, 2022.

_____
SENIOR U.S. DISTRICT JUDGE