IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SENSORY PATH INC.**                                                                                               **PLAINTIFF**

**V.**                           **NO: 3:19CV219-GHD-RP**
                                    **LEAD CASE**

**FIT AND FUN PLAYSCAPES LLC, et al.**                         **DEFENDANTS**

**CONSOLIDATED WITH**

**FIT AND FUN PLAYSCAPES LLC**                                      **PLAINTIFF**

**V.**                           **NO: 3:22CV32-GHD-RP**

**SENSORY PATH INC., et al.**                                             **DEFENDANTS**

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S AND COUNTER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that the Plaintiff's and Counter Defendants' Motion for Summary Judgment [232] is GRANTED IN PART AND DENIED IN PART, as follows:

(1) Plaintiff's and Counter Defendants' motion for summary judgment on the copyright infringement claim regarding the log designs is GRANTED;

(2) Plaintiff's and Counter Defendants' motion for summary judgment on the copyright infringement claim regarding the daisy flower designs is DENIED;

(3) Plaintiff's and Counter Defendants' motion for summary judgment on the copyright infringement claim regarding the snake and dragon designs is DENIED; and

(4) Defendant's and Counter Claimants' motion to strike [260] is DENIED AS MOOT.

All memoranda, depositions, declarations, and other materials considered by the Court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 17th day of November, 2022.

*Glen H. Davidson*
SENIOR U.S. DISTRICT JUDGE