IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SENSORY PATH INC.                                                                               PLAINTIFF

VS.                           CIVIL ACTION NO.: 3:19CV219-GHD-RP
                                                   LEAD CASE

FIT AND FUN PLAYSCAPES LLC, et al.                            DEFENDANTS

CONSOLIDATED WITH

FIT AND FUN PLAYSCAPES LLC, et al.                              PLAINTIFFS

VS.                           CIVIL ACTION NO.: 3:22CV32-GHD-RP

SENSORY PATH INC., et al.                                         DEFENDANTS

**ORDER DENYING DEFENDANTS' FIT AND FUN PLAYSCAPES AND PAMELA GUNTHER'S MOTION FOR ATTORNEY'S FEES**

Pursuant to an opinion issued this day, in Cause No. 3:19CV219, it is hereby ORDERED that the Defendants Fit and Fun Playscapes' and Pamela Gunther's motion for attorneys' fees and other non-taxable costs and expenses [Doc. No. 252, 343] is DENIED.

SO ORDERED, this, the 12th day of June, 2023.

_____
SENIOR U.S. DISTRICT JUDGE