IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SENSORY PATH INC.**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO.: 3:19CV219-GHD-RP**
    **LEAD CASE**

**FIT AND FUN PLAYSCAPES LLC, et al.**     **DEFENDANTS**

CONSOLIDATED WITH

**FIT AND FUN PLAYSCAPES LLC**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO.: 3:22CV32-MPM-RP**

**SENSORY PATH INC., et al.**     **DEFENDANTS**

**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**

Plaintiffs Fit and Fun Playscapes LLC ("Fit and Fun") acknowledges satisfaction of the Judgment [Doc. 316 (lead case) and 225] entered on January 23, 2023, by the United States District Court for the Northern District of Mississippi, bearing cause number 3:22-cv-32-GHD-RP, and styled *Fit and Fun Playscapes LLC v. Sensory Path Inc., et al.* Fit and Fun avers that no other sums are due and owing from Sensory Path Inc. under the Judgment. The United States District Court Clerk may spread upon the minutes of its docket book and judgment roll an entry that Sensory Path Inc. has satisfied and is forever discharged from the Judgment. This Acknowledgement and the Satisfaction of the Judgment does not alter or amend the Order Granting Permanent Injunction [Doc. 334 (lead case) and 243] entered by the United States District Court for the Northern District of Mississippi.

WITNESS MY SIGNATURE, this the 7th day of July 2023.

                                              Respectfully submitted,

                                              **FIT AND FUN PLAYSCAPES LLC**

                                              */s/ J. Cal Mayo, Jr.*
                                              J. Cal Mayo, Jr. (MB No. 8492)
                                              J. Andrew Mauldin (MB No. 104227)
                                              MAYO MALLETTE PLLC
                                              2094 Old Taylor Road, Suite 200
                                              Oxford, MS 38655
                                              Telephone: 662-236-0055
                                              Facsimile: 662-236-0035
                                              *cmayo@mayomallette.com*
                                              *dmauldin@mayomallette.com*

                                              *Attorneys for Fit and Fun Playscapes LLC*